Rev. Quinten M. Moran
#465482 / D.W.C.C.
670 Bell Hill Rd.
Homer, Louisiana 71040.

U.S. POSTAGE PITNEY BOWES
ZIP 71040 $ 002.24⁰
02 1W
0001403043 SEP 27 2017

RECEIVED

SEP 28 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

Office of the Clerk
U.S. District Court
Western District of Louisiana
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101-3083.

NOT RESPONSIBLE
FOR CONTENTS

SEP 27 2017

DWCC

X-RAY

*Privileged Correspondence!